IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


CYNTHIA HARRIS                                                                    PLAINTIFF

vs.                                      Civil No. 1:11-cv-01025

MICHAEL J. ASTRUE                                                          DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 14th day of September, 2011, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and **GRANTS** the

Defendants's Unopposed Motion to Remand.  ECF No. 10.  The decision of the Commissioner of

Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence

four, 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the

judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has

ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED**.


                                                    /s/  Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U. S. MAGISTRATE JUDGE